# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SEARCHREV, LLC, a California limited
liability Company,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 08-1472 SI

TECHMEDICA HEALTH, INC., a Michigan
corporation, and DOES 1 through 5, inclusive

TO: (Name and address of defendant)
c/o Wade McConnell, Registered Agent of Service
    99 Monroe Avenue NW
    Suite 900
    Grand Rapids, MI  49503

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Sundermeier
Cooley Godward Kronish LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
(650) 843-5000

an answer to the complaint which is herewith served upon you, within 20      days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 18 2008

BETTY FONG
(BY) DEPUTY CLERK

NDCAO440