1  COOLEY GODWARD KRONISH LLP
   CHRISTOPHER J. SUNDERMEIER (166126)
2  (sundermeierc@cooley.com)
   Five Palo Alto Square
3  3000 El Camino Real
   Palo Alto, CA 94306-2155
4  Telephone:  (650) 843-5000
   Facsimile:  (650) 857-0663
5
   Attorneys for Plaintiff
6  SEARCHREV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEARCHREV, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TECHMEDICA HEALTH, INC.,<br><br>　　　　　　Defendant. | Case No. CV 08-1472 SI<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Judge:　Hon. Susan Ilston |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

771142 v1/PA    1.    PROOF OF SERVICE
CV 08-1472 SI

| PROOF OF SERVICE | SUMMONS AND COMPLAINT<br>Case No. |
|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notary not required)

**OR**

☒ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notary required)

☒ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Conference, E-Filing Registration forms, Judge Ilston's Standing Order, CMC Order_
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Techmedica Health, Inc. c/o Wade McConnell, Registered Agent of Service | 99 Monroe Ave NW Suite 900, Grand Rapids, MI 49503 | Tuesday 4:15pm 3/18/08 |

☐ After diligent search and inquiry, I have been unable to find and serve the following defendant(s):

I have made the following efforts in attempting to serve the defendant(s): _____

☐ I have personally attempted to serve the summons and complaint, together with _____ Attachment on _____ Name at _____ Address and have been unable to complete service because the address was incorrect at the time of filing.

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ | | $ | $ |

Signature: _Desirae Fairbrother_
Title: _Process Server - Legal Enforcement Services_

Subscribed and sworn to before me on _3/19/08_, _Ottawa_ County, Michigan.
Date

My commission expires: _7/3/2014_    Signature: _Kelli Jean Salisbury_
Date                                   Deputy court clerk/Notary public

KELLI JEAN SALISBURY
Notary Public, State of Michigan
County of Ottawa
My Commission Expires July 3, 2014
Acting in the County of _Ottawa_

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

on _____ on behalf of _____
Day, date, time

Signature