UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEARCHREV, INC., a
California corporation

        Plaintiff(s),

v.

TECHMEDICA HEALTH, INC., a
Michigan corporation, and
DOES 1 through 5, inclusi
        Defendant(s).

Case No. C 08-1472 SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/30/2008

[Party] Anne Leonard, Corporate Controller of AKQA, parent of SearchRev, Inc.

Dated: 5/30/08

[Counsel] Heather Dunn Navarro, Esq.
Cooley Godward Kronish LLP

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."