COOLEY GODWARD KRONISH LLP
CHRISTOPHER J. SUNDERMEIER (166126)
(sundermeierc@cooley.com)
HEATHER DUNN NAVARRO (238158)
(hdnavarro@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Plaintiff
SEARCHREV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEARCHREV, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TECHMEDICA HEALTH, INC.,<br><br>  Defendant. | Case No. CV 08-1472 SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**<br><br>Judge: Hon. Susan Ilston |

Pursuant to Civil Local 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: June 13, 2008              COOLEY GODWARD KRONISH LLP


                                              /S/
                                  _____
                                  Heather Dunn Navarro (238158)
                                  Attorneys for Plaintiff
                                  SEARCHREV, LLC