COOLEY GODWARD KRONISH LLP
CHRISTOPHER J. SUNDERMEIER (166126)
(sundermeierc@cooley.com)
HEATHER DUNN NAVARRO (238158)
(hdnavarro@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Plaintiff
SEARCHREV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEARCHREV, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>TECHMEDICA HEALTH, INC.,<br><br>                    Defendant. | Case No.  CV 08-1472 SI<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>Judge:       Hon. Susan Ilston |

Plaintiff SearchRev, LLC ("SearchRev") and Defendant Techmedica Health, Inc. ("Techmedica") jointly submit this Case Management Statement and Proposed Order.

**1. Jurisdiction and Service:**

The parties agree this Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332 because this in an action between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs. The parties further agree this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 and that venue is proper in the Northern District of California under 28 U.S.C. § 1391(a)(3). All parties to this action have been served.

**2. Facts:**

On or about January 31, 2007, SearchRev and Techmedica entered into the Precision

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

775056 v3/PA

1.

CV 08-1472 SI
JOINT CMC STMT AND [PROPOSED] ORDER

View Tool Services Agreement (the "Agreement"), which required, among other things, Techmedica to pay certain fees in exchange for services to be rendered by SearchRev according to the terms of the Agreement.

**SearchRev's Summary:**

SearchRev contends that Techmedica improperly attempted to terminate the Agreement for cause on or about August 30, 2007. Under the terms of the Agreement, however, SearchRev contends that it did not receive proper notice of termination from Techmedica until October 26, 2007. Accordingly, the Agreement was effectively terminated no earlier than December 25, 2007.

Since August 30, 2007, and at all times since then, Techmedica has owed SearchRev certain payments for services rendered under the Agreement. To date, Techmedica has failed and refused to make the payments owed. Accordingly, SearchRev alleges Techmedica has breached the Agreement by, among other things, failing to make fee payments as required. As a result of Techmedica's breaches of the Agreement, SearchRev has sustained damage in excess of $160,000.

**Techmedica's Summary:**

Techmedica denies and disputes the assertions and conclusions contained in 'SearchRev's Summary' (above). Techmedica contends that SearchRev received Techmedica's notice of termination on or about August 30, 2007. Techmedica further contends that notice was proper and that the Agreement was terminated, in any event, long prior to December 25, 2007.

Techmedica contends that services under the alleged Agreement were not properly rendered by SearchRev and that such non-performance or inadequate performance resulted in substantial additional expense and financial harm to Techmedica.

3. **Legal Issues:**

The parties dispute the following legal issues:

(A) Whether and when Techmedica effectively terminated the Agreement;

(B) Whether Techmedica has breached the Agreement;

(C) The amount of money owed by Techmedica under the Agreement for the services

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

775056 v3/PA

2.

CV 08-1472 SI
JOINT CMC STMT AND [PROPOSED] ORDER

rendered by SearchRev;

(D) Whether SearchRev is entitled to recover its attorneys' fees; and

(E) All issues raised by Techmedica's affirmative defenses.

4. **Motions**:

There are no motions in this action pending before the Court. SearchRev anticipates filing a motion for summary judgment, if necessary.

5. **Amendment of Pleadings**:

At this time, the parties do not anticipate that amendment of the pleadings is necessary.

6. **Evidence Preservation**:

The parties agree to take and will take necessary measures to preserve evidence relevant to the issues in this action, including without limitation, measures to maintain relevant emails, voicemails, and other electronically-recorded materials.

7. **Disclosures**:

The parties have served or will serve their initial disclosures by the end of the day today, June 13, 2008, in accordance with Fed. R. Civ. Proc. 26.

8. **Discovery**:

The parties have not yet commenced discovery in this matter. The parties further propose that the discovery limitations set forth in the Federal Rules of Civil Procedure should govern this case.

9. **Class Actions**:

This case is not a class action.

10. **Related Cases**:

There are no related cases or proceedings pending before another judge of this Court, or before another Court or administrative body.

11. **Relief**:

SearchRev seeks judgment for compensatory damages in an amount to be proven at trial, but in excess of $160,000 based on the payments owed by Techmedica under the Agreement, pre-judgment interest, reasonable attorneys' fees and costs, and such other and further relief this

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

775056 v3/PA

3.

CV 08-1472 SI
JOINT CMC STMT AND [PROPOSED] ORDER

Court deems just and proper.

**12. Settlement and ADR:**

The parties have agreed to participate in mediation on or before September 1, 2008, in accordance with the Court's June 2, 2008 order (Docket No. 8).

**13. Consent to Magistrate Judge for All Purposes:**

The parties do not consent to having a magistrate judge conduct trial.

**14. Other References:**

The parties refer the Court to ¶ 12 above.

**15. Narrowing of Issues:**

The parties agree the case does not require any issues, claims or defenses to be bifurcated.

**16. Expedited Schedule:**

The parties refer the Court to ¶ 17 below for their proposed schedule.

**17. Scheduling:**

The parties propose that the Court adopt the following schedule:

| Event | Proposed Date |
| --- | --- |
| Disclosure of experts | March 20, 2009 |
| Close of fact discovery | April 17, 2009 |
| Last day for hearing on dispositive motions | April 17, 2009 |
| Expert reports due | April 17, 2009 |
| Rebuttal expert deports due | May 4, 2009 |
| Close of expert discovery | May 18, 2009 |
| Pretrial conference | May 19, 2009 |
| Trial | June 16, 2009 |

**18. Trial:**

Plaintiffs have requested a trial by jury of all matters so triable. The parties anticipate a 1 week trial, depending on the schedule of the Court.

**19. Disclosure of Non-party Interested Entities or Persons:**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

775056 v3/PA

4.

CV 08-1472 SI
JOINT CMC STMT AND [PROPOSED] ORDER

1  Pursuant to Civil Local Rule 3-16, both parties have filed the Certification of Interested
2  Entities or Persons.
3
4  Dated: June 13, 2008                COOLEY GODWARD KRONISH LLP
5
6                                      _____/S/_____
7                                      Heather Dunn Navarro (238158)
                                       Attorneys for Plaintiff
8                                      SEARCHREV, LLC
9  Dated: June 13, 2008                AMIN HALLIHAN LLC
10
11
12                                     _____/S/_____
                                       Ryan Kaiser
13                                     Attorneys for Defendant
                                       TECHMEDICA HEALTH, INC.
14
                                       *Filer's attestation: Pursuant to General Order No.*
15                                     *45, Section X(B) regarding signatures, Heather*
                                       *Dunn Navarro hereby attests that concurrence in*
16                                     *the filing of the document has been obtained.*
17
18  The Court has considered the schedule submitted by the parties and hereby adopts the
19  schedule.
20  **IT IS SO ORDERED.**
21
22  Dated: _____     _____
                                        HONORABLE SUSAN ILSTON
23                                      United States District Court Judge
24
25
26
27
28