Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here

FILED

08 JUN 19 PM 3: 28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SearchRev

Plaintiff(s),

v.

TechMedica Health

Defendant(s).

CASE NO. CV 08 1472 SI

## APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Rakesh M. Amin , an active member in good standing of the bar of the state of Illinois , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing TechMedica Health in the above-entitled action.

In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/16/08

UNITED STATES DISTRICT COURT

Northern District of California

SearchRev

                    Plaintiff(s),

      v.

TechMedica Health

                    Defendant(s).

_____/

**CASE NO.  CV 08 1472 SI**

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Rakesh M. Amin               , an active member in good standing of the bar of

the state of Illinois             whose business address and telephone number

(particular court to which applicant is admitted)

is

  444 N. Orleans St., Suite 400, Chicago, IL 60610 (312-327-3382)

                                           ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Techmedica Health               .

      IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District     Judge

UNITED STATES DISTRICT COURT
For the Northern District of California