**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/20/08

Case No.   C-08-1472 SI            Judge:   SUSAN ILLSTON

Title: SEARCHREV, LLC  -v- TECHMEDICA HEALTH

Attorneys: J. Kaban          R. Kaiser (phone)

Deputy Clerk:  Tracy Sutton   Court Reporter:  n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                PART

Case continued to **10/3/08    @ 2:30 p.m.** for Further Case Management Conference
(joint statement due)

Case continued to **4/17/09    @ 9:00 a.m.**   for Motions
(Motion due **3/13/09**, Opposition **3/27/09** Reply **4/3/00**)

Case continued to **5/26/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **6/8/09   @ 8:30 a.m.**  for Trial (JURY:4   Days)
Discovery Cutoff: 1/30/09  Designate Experts by: 2/2/09, Rebuttal Experts: 2/16/09, Expert Discovery Cutoff:3/6/09

ORDERED AFTER HEARING:
Defendant shall make sure that it's initial disclosures have been produced.