Clerk's Use Only
Initial for fee pd.:

Applicant: Ryan M. Kaiser, Amin Hallihan LLC, 444 North Orleans, Fourth Floor, Chicago, IL 60610; 312.466.1033.
Local Counsel: Jessica N. Biernier, Esq., Levin Simes Kaiser & Gornick, LLP, 44 Montgomery St., 36th Fl., San Francisco, CA 94104, 415.273.813.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SearchRev

　　　　　　　　　　Plaintiff(s),

v.

TechMedica Health

　　　　　　　　　　Defendant(s).

CASE NO. CV 08 1472 SI

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

　　Pursuant to Civil L.R. 11-3, Ryan M. Kaiser, an active member in good standing of the bar of the state of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing TechMedica Health in the above-entitled action.

　　In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/16/08