COOLEY GODWARD KRONISH LLP
CHRISTOPHER J. SUNDERMEIER (166126)
(sundermeierc@cooley.com)
HEATHER DUNN NAVARRO (238158)
(hdnavarro@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Plaintiff
SEARCHREV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEARCHREV, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>TECHMEDICA HEALTH, INC.,<br><br>                    Defendant. | Case No. CV 08-1472 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br>Judge:    Hon. Susan Ilston |

    Plaintiff SearchRev, LLC ("SearchRev") and Defendant Techmedica Health, Inc. ("Techmedica") (SearchRev and Techmedica shall be referred to herein individually as a "Party" and collectively as the "Parties") hereby enter the following stipulation for dismissal of the above captioned action (the "Action"):

    WHEREAS, on or about January 31, 2007, SearchRev and Techmedica entered into the Precision View Tool Services Agreement (the "Agreement"), which required, among other things, Techmedica to pay certain fees in exchange for services to be rendered by SearchRev according to the terms of the Agreement;

    WHEREAS, on or about August 30, 2007, Techmedica attempted to terminate the Agreement. Since that date, Techmedica has failed to make payments for services owed under

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

775776 /PA                                    1.                            STIPULATION AND [PROP.] ORDER
                                                                                                    FOR DISMISSAL
                                                                                            CASE NO. CV 08-1472 SI

1  the Agreement, causing SearchRev to suffer damages;

2  WHEREAS, SearchRev filed this action against Techmedica on or about March 17, 2008,
3  asserting claims against Techmedica for breach of contract;

4  WHEREAS, Techmedica disputed and denied that it had engaged in improper conduct or
5  that SearchRev was entitled to an award of damages in any amount against Techmedica.

6  WHEREAS, SearchRev has determined that it is not in its best interest to pursue this claim
7  at this time.

8  NOW, THEREFORE, SearchRev and Techmedica jointly request and stipulate to the entry
9  of an Order of Dismissal providing that:

10  1.  All claims asserted by SearchRev against Techmedica in the Action are
11  dismissed without prejudice;

12  2.  Each of the Parties shall bear its own costs, expenses and attorneys' fees
13  associated with the prosecution and defense of this Action.

14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26
27
28

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

775776 /PA                         2.                         STIPULATION AND [PROP.] ORDER
                                                              FOR DISMISSAL
                                                              CASE NO. CV 08-1472 SI

| | | |
|---|---|---|
| 1 | Dated: August 21, 2008 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | |
| 4 | | Christopher J. Sundermeier (166126)<br>Attorneys for Plaintiff<br>SEARCHREV, LLC |
| 5 | | |
| 6 | Dated: August __, 2008 | AMIN HALLIHAN LLC |
| 7 | | |
| 8 | | Ryan Kaiser<br>Attorneys for Defendant<br>TECHMEDICA HEALTH, INC. |
| 9 | | |
| 10 | | |
| 11 | **IT IS SO ORDERED.** | |
| 12 | | |
| 13 | | Hon. Susan Ilston<br>United States District Judge |

775776 /PA                    3.                    CV 08-1472 SI